United States District Court
Middle District of Florida
Jacksonville Division

**NORTH AMERICAN SPECIALTY**
**INSURANCE COMPANY,**

 *Plaintiff,*

v.                 No. 3:18-cv-1084-J-PDB

**PIPELINE CONTRACTORS, INC., ETC.,**

 *Defendants.*

---

# Order

 Without opposition, the defendants move to amend their witness list to add David L. Worthy, Esquire. Doc. 41; *see* Fed. R. Civ. P. 26(e)(1) (rule regarding supplementing initial disclosures). Given the lack of opposition from the plaintiff, the Court **grants** the motion, Doc. 41, and permits the defendants to add Mr. Worthy to their witness list.

 **Ordered** in Jacksonville, Florida, on April 17, 2020.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Counsel of record