United States District Court
Middle District of Florida
Jacksonville Division

**NORTH AMERICAN SPECIALTY**
**INSURANCE COMPANY,**

    *Plaintiff,*

v.                                                          NO. 3:18-cv-1084-J-PDB

**PIPELINE CONTRACTORS, INC., ETC.,**

    *Defendants.*

## Order

The parties move to dismiss this action with prejudice and ask the Court to retain jurisdiction to enforce the terms of the settlement agreement. Doc. 48. The Court **grants** the motion, Doc. 48, **dismisses** the action with prejudice, **retains** jurisdiction to enforce the terms of the settlement agreement, and **directs** the Clerk of Court to close the case.

**Ordered** in Jacksonville, Florida, on September 15, 2020.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*